IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RIVERWALK HOLIDINGS, LTD, | CASE NO. 5:12-cv-05748 EJD |
| Plaintiff(s), | **ORDER RE: DEFENDANT'S POST-REMAND SUBMISSION** |
| v. | |
| ANTHONY GUANCIONE, et. al., | [Docket Item No(s). 24] |
| Defendant(s). | |

On January 4, 2013, this court remanded this action to Santa Clara County Superior Court for lack of subject matter jurisdiction. See Docket Item No. 21. Nearly three months later, on April 2, 2013, Defendant submitted a document to the district court entitled "Notice to Clerk of Disqualification of Edward J. Davila," which the clerk noted as received, rather than filed, on the court's docket. See Docket Item No. 24.

The purpose of Defendant's document is unclear. To the extent it was intended as a motion for recusal under 28 U.S.C. §§ 144 or 455, it is unwarranted. New York City Housing Develop. Corp. v. Hart, 796 F.2d 976, 980 (7th Cir. 1986) ("Federal judges are obligated not to recuse themselves where there is no reason to question their impartiality."). It is also unnecessary since this court no longer retains jurisdiction over this action; the certified remand order issued on January 4, 2013, and the state court acknowledged receipt on January 9, 2013. Seedman v. United States Dist. Court, 837 F.2d 413, 414 (9th Cir. 1988) ("Once a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case."). Accordingly, all

1
CASE NO. 5:12-cv-05748 EJD
ORDER RE: DEFENDANT'S POST-REMAND SUBMISSION

future filings pertaining to this case should be directed to Santa Clara County Superior Court. See 28 U.S.C. § 1447(c) ("A certified copy of the order of remand shall be mailed by the clerk to the clerk of the State court. The State court may thereupon proceed with such case.").

Since this court's involvement is complete, the parties shall not present any additional documents for filing in this case.

**IT IS SO ORDERED.**

Dated: April 10, 2013



EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-05748 EJD
ORDER RE: DEFENDANT'S POST-REMAND SUBMISSION